IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:98-cr-00030-MP

NORMAN JOHNSON,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 71, Motion for Release of Real Property as Security for Bail Bond by Norman Johnson.  Previously, the Defendant was allowed to remain free on bond awaiting sentencing pursuant to certain conditions, which included securing the bail bond with real property (Doc. 17).   Defendant subsequently pled guilty in this cause and was sentenced on November 4, 1998, to 120  months in the custody of the Attorney General.  At the time of sentencing, Defendant was immediately remanded to the custody of the Attorney General to commence his sentence.  Defendant therefore requests this Honorable Court to enter an order directing the Clerk of the Court for the Northern District of Florida to execute a satisfaction of mortgage (attached as Exhibit "A" to doc. 71) and to return the original documents submitted pertaining to the bail bond.

    **ORDERED AND ADJUDGED:**

    The Clerk of the Court is directed to execute a satisfaction of mortgage regarding the mortgage recorded at Book 18251, Page 2242 of the Official Records of Dade County, Florida.

    **DONE AND ORDERED** this  *8th*   day of February, 2006

                  *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge