| PROB 22 | **TRANSFER OF JURISDICTION** | DOCKET NUMBER(Tran.Ct) **98CR00030-PAUL** DOCKET NUMBER(Rec.Ct) |
|---|---|---|

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE **NORMAN JOHNSON** **2259 NW 86TH STREET** **MIAMI FL 33147** | DISTRICT **NORTHERN** | DIVISION **GAINESVILLE** |
|---|---|---|
| | NAME OF SENTENCING JUDGE **THE HONORABLE MAURICE M. PAUL** | |
| SD/FL PACTS No. **55890** | DATES OF PROBATION SUPERVISED RELEASE | FROM 05/29/207 — TO 05/28/2012 |

OFFENSE: **TITLE 21 U.S.C. § 841 (a) & 841 (B)(1)(A)-POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE.**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **NORTHERN DISTRICT OF GAINESVILLE** upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 2, 2008
Date                                                                               United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN** DISTRICT OF **FLORIDA**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date                   OFFICE OF CLERK
                                  U.S. DISTRICT CT.
                                  NORTHERN DIST. FLA
                                  GAINESVILLE, FLA.                 United States District Judge

2008 FEB 26 PM 4: 24

KM
FILED